# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF NEW YORK
### 225 CADMAN PLAZA EAST
### BROOKLYN, NY 11201

**ALLYNE R. ROSS**
**UNITED STATES DISTRICT JUDGE**

September 5, 2006

Judge Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2005 Filing

Dear Judge Smith:

This is in response to your letter of August 23, 2005.   My answers are listed below.

1) Sherman & Sterling, LLP

2) Contrary to your claim, I did not say in my letter of September 12, 2005 that IBM was owned in 2004.  In fact, it was sold on July 23, 2003, value code A, no gain.  Sprint was sold on September 27, 2002, value J, no gain.  It should not have been included in the 2003 report.  It was then purchased on April 8, 2004, value code J, and on July 8, 2004, value code J. Your assertion that this asset is not reflected on my 2005 report is not correct.

Very truly yours,



Allyne R. Ross
United States District Judge

ARR/pdw

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 5

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSS, ALLYNE R | EASTERN DISTRICT OF NEW YORK | 06/06/06 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 1/1/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. DISTRICT COURT, EDNY<br>225 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X]  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUN 19 A 10: 27 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Partner in law firm |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

| X | NONE *(No reportable gifts.)* |

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

| X | NONE *(No reportable liabilities.)* |

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust # 1 | NONE | | J | W | | | | | |
| 2. IRA # 1 | E | DIV. + INT. | O | T, U | | | | | |
| 3. -Time Warner | | | | | | | | | |
| 4. - Bank of New York | | | | | sell | 1-20 | J | NONE | |
| 5. - Cisco Systems | | | | | | | | | |
| 6. -Dreyfus Liquid Assets | | | | | | | | | |
| 7. - Amgen | | | | | sell | 3-16 | J | A | |
| 8. -Ericsson | | | | | | | | | |
| 9. - General Electric | | | | | | | | | |
| 10. - American Express | | | | | | | | | |
| 11. - Citigroup | | | | | | | | | |
| 12. - Comcast | | | | | | | | | |
| 13. - Costco | | | | | sell | 3-3 | K | D | |
| 14. - Intel | | | | | | | | | |
| 15. - Microsoft | | | | | | | | | |
| 16. - Semitool | | | | | | | | | |
| 17. - Wal-mart | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - John Hancock Bank Fund | | | | | | | | | |
| 19. - WMX Tech. Notes | | | | | mature | 1-24 | J | A | |
| 20. - Baxter Intl. | | | | | sell | 1-25 | K | A | |
| 21. - Viacom | | | | | | | | | |
| 22. - American General Preferred | | | | | call | 12-7 | J | *NONE* | |
| 23. - ING Preferred | | | | | call | 6-30 | J | *NONE* | |
| 24. - Bank of America Corp. | | | | | sell | 1-26 | J | C | partial sale |
| 25. - Bank of America Corp. | | | | | sell | 7-26 | J | D | |
| 26. - Enterprise Prods Partners | | | | | | | | | |
| 27. - G Tech Holdings | | | | | | | | | |
| 28. - Johnson & Johnson | | | | | sell | 5-31 | K | C | |
| 29. - Emeritus Corp. | | | | | sell | | | | |
| 30. - Encana Corp. | | | | | sell | 3-7 | J | B | |
| 31. - Encana Corp. | | | | | buy | 10-6 | K | | |
| 32. - Managed High Yield Plus Fund | | | | | buy | 10-11 | J | | |
| 33. - Fording Canadian Coal | | | | | sell | 3-17 | J | C | Partial Sale |
| 34. - Fording Canadian Coal | | | | | sell | 3-28 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - General Electric | | | | | | | | | |
| 36. - J C Penny | | | | | sell | 3-18 | K | D | |
| 37. - Provident Energy Trust | | | | | | | | | |
| 38. - Safeway | | | | | sell | 6-20 | K | NONE | |
| 39. - United Natural Foods | | | | | sell | 12-20 | K | C | |
| 40. - Young Broadcasting | | | | | sell | 4-19 | J | NONE | |
| 41. - Putnam Premier Income Trust | | | | | | | | | |
| 42. - Liberty Global | | | | | sell | 8-22 | J | A | Partial sale; see VIII |
| 43. - ishares Goldman Semiconductor | | | | | buy | 5-9 | J | | |
| 44. - ishares Goldman Semiconductor | | | | | sell | 9-27 | K | B | |
| 45. - Ameriprise Financial | | | | | spinoff | 10-6 | J | | |
| 46. - Ameriprise Financial | | | | | sell | 10-5 | J | B | |
| 47. - Senomyx Inc. | | | | | buy | 1-21 | J | | |
| 48. - Senomyx Inc. | | | | | sell | 5-24 | J | B | |
| 49. - Fortune Brands Inc. | | | | | buy | 8-25 | J | | |
| 50. - Fortune Brands Inc. | | | | | sell | 12-8 | J | NONE | |
| 51. - JP Morgan Chase | | | | | buy | 3-16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - JP Morgan Chase | | | | | sell | 8-1 | J | NONE | |
| 53. - Manor Care | | | | | buy | 3-7 | J | | |
| 54. - Manor Care | | | | | sell | 7-21 | K | A | |
| 55. - Discovery Holding | | | | | spinoff | 7-26 | J | | |
| 56. - Discovery Holding | | | | | sell | 7-28 | J | A | |
| 57. - Kerr McGee | | | | | buy | 4-27 | J | | |
| 58. - Kerr McGee | | | | | buy | 5-25 | J | | |
| 59. - Kerr McGee | | | | | tender | 5-24 | J | A | Partial disposition |
| 60. - Kerr McGee | | | | | sell | 9-9 | J | B | Partial sale |
| 61. - Kerr McGee | | | | | sell | 9-9 | J | B | |
| 62. - Five Star Quality Care | | | | | sell | 10-3 | J | NONE | See VIII |
| 63. - Amsouth Bancorporation | | | | | buy | 4-11 | J | | |
| 64. - Amsouth Bancorporation | | | | | sell | 8-23 | K | A | |
| 65. - Tyco Int'l. | | | | | buy | 2-16 | J | | |
| 66. - Tyco Int'l. | | | | | buy | 5-3 | J | | |
| 67. - Tyco Int'l. | | | | | sell | 6-1 | J | NONE | |
| 68. - WMS Industries | | | | | buy | 12-23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSS, ALLYNE R | 06/06/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Enerplus Resources | | | | | sell | 10-5 | K | D | |
| 70. - Enerplus Resources | | | | | buy | 10-24 | K | | |
| 71. - Forest Laboratories | | | | | buy | 6-17 | J | | |
| 72. - Depomed Inc. | | | | | buy | 8-10 | J | | |
| 73. - ishares Nasdaq Biotechnology Fund | | | | | buy | 12-27 | J | | |
| 74. - Seaspan Corp. | | | | | buy | 11-15 | K | | |
| 75. - Genesis Energy | | | | | buy | 6-22 | J | | |
| 76. - Allied Waste Industries | | | | | buy | 9-23 | J | | |
| 77. - Capital Source Inc. | | | | | buy | 9-28 | K | | |
| 78. - B & F Foods | | | | | buy | 7-8 | J | | |
| 79. - International Bancshares | | | | | buy | 8-2 | K | | |
| 80. - BlackRock Global Energy & Resource Trust | | | | | buy | 7-29 | K | | |
| 81. - Sun Healthcare Group | | | | | buy | 6-14 | J | | |
| 82. - Kayne Anderson MLP Invt. Co. | | | | | buy | 11-16 | K | | |
| 83. - Angh American PLC | | | | | buy | 12-7 | K | | |
| 84. - Coca-Cola | | | | | | | | | See VIII |
| 85. - IRA # 2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Saving Acct. at Citibank | | | | | | | | | |
| 87. - Kaiser Group Int'l | | | | | | | | | |
| 88. - Provident Energy Trust | | | | | | | | | |
| 89. - John Hancock Bank Fund | | | | | | | | | |
| 90. - Tennessee Valley Auth. Strips | | | | | | | | | |
| 91. - Trust #2 | A | Dividend | K | U | | | | | |
| 92. - Dodge & Cox Stock Fund | | | | | | | | | |
| 93. - Trust # 3 | D | Dividend | N | U | | | | | |
| 94. - T. Rowe Price Short-Term Bond Fund | | | | | buy | 3-23 | J | | |
| 95. - T. Rowe Price Short-Term Bond Fund | | | | | redeem | 3-28 | J | NONE | Partial Redemption |
| 96. - T. Rowe Price Small-Cap Value Fund | | | | | | | | | |
| 97. - T.Rowe Price Developing Technologies Fund | | | | | | | | | |
| 98. - T. Rowe Price Value Fund | | | | | | | | | |
| 99. - T. Rowe Price Capital Opportunity Fund | | | | | redeem | 3-23 | J | A | Partial redemption |
| 100. - Citibank Checking Account | | | | | | | | | |
| 101. Vanguard Limited-Term Tax-Exempt Fund | D | Dividend | M | U | redeem | 9-19 | K | NONE | Partial redemption |
| 102. Vanguard Limited-Term Tax-Exempt Fund | | | | | redeem | 10-18 | K | NONE | Partial redemption |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Walt Disney Co. | A | Dividend | J | T | | | | | |
| 104. Vanguard Tax-Exempt Money Market Fund | A | Dividend | L | U | buy | 1-19 | L | NONE | |
| 105. Vanguard Tax-Exepmt Money Market Fund | | | | | redeem | 3-21 | K | NONE | Partial redemption |
| 106. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 4-12 | K | | |
| 107. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 5-2 | J | NONE | Partial redemption |
| 108. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 5-23 | J | NONE | Partial redemption |
| 109. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 6-1 | J | NONE | Partial redemption |
| 110. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 7-28 | J | | |
| 111. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 8-25 | K | NONE | Partial redemption |
| 112. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 11-25 | M | | |
| 113. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 12-19 | J | NONE | Partial redemption |
| 114. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 12-22 | M | NONE | Partial redemption |
| 115. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 12-30 | J | NONE | Partial redemption |
| 116. Smith Barney Muncipal NY Money Market Fund | A | Dividend | J | U | redeem | 2-15 | J | NONE | Partial redemption |
| 117. Smith Barney Muncipal NY Money Market Fund | | | | | redeem | 5-2 | J | NONE | Partial redemption |
| 118. Smith Barney Municipal NY Money Market Fund | | | | | buy | 5-9 | J | | |
| 119. Smith Barney Municipal NY Money Market Fund | | | | | redeem | 7-28 | J | NONE | Partial redemption |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Smith Barney Municipal NY Money Market Fund | | | | | buy | 8-3 | J | | |
| 121. Smith Barney Municipal NY Money Market Fund | | | | | redeem | 10-26 | J | NONE | Partial redemption |
| 122. T. Rowe Price Uniform Gift to Minor Account | C | Dividend | M | U | | | | | |
| 123. - T. Rowe Price Growth Stock Fund | | | | | | | | | |
| 124. - T. Rowe Price International Discovery Fund | | | | | | | | | |
| 125. - T. Rowe Price Japan Fund | | | | | | | | | |
| 126. - T. Rowe Price Small Cap Stock Fund | | | | | | | | | |
| 127. Trust # 3 | | | | | | | | | |
| 128. - Aggressive Growth Portfolio | A | Dividend | L | U | | | | | |
| 129. - Aggressive Growth Portfolio | | | | | redeem | 7-15 | K | C | |
| 130. - Aggressive Growth Portfolio | | | | | redeem | 11-11 | K | C | |
| 131. Citibank Checking Account | A | Interest | J | T | | | | | |
| 132. Citibank Checking Account | A | Interest | K | T | | | | | |
| 133. Citibank Checking Account | NONE | | J | T | | | | | |
| 134. Vanguard Muncipal Money Market Fund | | | | | | | | | See VIII |
| 135. 1% ownership in building in Detroit, Mich. | NONE | | J | W | quitclaim | 3-7 | J | NONE | |
| 136. Bernstein Emerging Markets Portfolio | B | Dividend | M | U | redeem | 1-18 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 137. BP PLC | A | Dividend | K | T | | | | | Formely BP Amoco |
| 138. Bernstein New York Municipal Portfolio | D | Dividend | M | U | buy | 12-13 | L | | |
| 139. Bernstein Tax-Managed International Portfolio | D | Dividend | O | U | redeem | 1-18 | K | C | Partial redemption |
| 140. Bernstein Tax-Managed International Portfolio | E | CAPITAL GAINS DISTRIBUTION | | | | | | | |
| 141. Supervalu | A | Dividend | J | T | | | | | |
| 142. Altria Group | A | Dividend | J | T | | | | | |
| 143. Cash Balance at Sanford Bernstein & Co. | B | Interest | K | T | | | | | |
| 144. Grand Central Holdings | NONE | | | | liquidation | 3-28 | J | NONE | |
| 145. General American Investors | A | Dividend | J | T | | | | | |
| 146. Arrow Electronics | NONE | | J | T | | | | | |
| 147. VF Corp. | NONE | | | | sell | 1-19 | J | D | |
| 148. Tech Data Corp. | NONE | | J | T | sell | 1-19 | J | B | Partial sale |
| 149. Burlington Northern Santa Fe | A | Dividend | J | T | | | | | |
| 150. Hewlett Packard | A | Dividend | K | T | sell | 8-2 | J | B | Partial sale |
| 151. Hewlett Packard | | | | | sell | 11-9 | J | A | Partial sale |
| 152. Lear Corp. | A | Dividend | | | sell | 11-29 | J | NONE | |
| 153. Lehman Bros. Holdings | A | Dividend | J | T | sell | 9-2 | J | C | Partial sale |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. National City Corp. | A | Dividend | J | T | | | | | |
| 155. Natiaonl City Corp. | | | | | sell | 7-20 | J | NONE | |
| 156. Wachovia | A | Dividend | J | T | | | | | |
| 157. American International Group | A | Dividend | K | T | | | | | |
| 158. Amgen | NONE | | J | T | sell | 5-19 | J | B | Partial sale |
| 159. Citigroup | B | Dividend | K | T | sell | 8-31 | J | A | Partial sale |
| 160. Comcast | NONE | | | | sell | 12-15 | J | NONE | |
| 161. Goldman Sachs | A | Dividend | K | T | buy | 6-9 | J | | |
| 162. Intel Corp. | | | | | sell | 1-3 | J | C | |
| 163. Intel Corp. | A | Dividend | J | T | buy | 9-16 | J | | |
| 164. Lowes Companies | A | Dividend | K | T | sell | 8-5 | J | C | Partial sale |
| 165. Microsoft | A | Dividend | K | T | sell | 8-5 | J | NONE | Partial sale |
| 166. Microsoft | | | | | sell | 10-7 | J | NONE | Partial sale |
| 167. Proctor & Gamble. | A | Dividend | K | T | buy | 8-9 | J | | |
| 168. Proctor & Gamble | | | | | buy | 9-13 | J | | |
| 169. Proctor & Gamble | | | | | buy | 9-23 | J | | |
| 170. Walgreen | A | Dividend | J | T | buy | 10-26 | J | | See VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Cooper Industries | A | Dividend | J | T | sell | 9-13 | J | C | Partial sale |
| 172. Chubb | A | Dividend | K | T | sell | 7-1 | J | D | Partial sale |
| 173. Corning | NONE | | K | T | | | | | |
| 174. Ingram Micro | NONE | | | | sell | 7-29 | J | C | |
| 175. Metlife | A | Dividend | J | T | | | | | |
| 176. Pfizer Inc. | | | | | sell | 3-1 | J | NONE | |
| 177. Tellabs Inc. | NONE | | J | T | sell | 8-8 | J | NONE | Partial sale |
| 178. Sprint Nextel | A | Dividend | J | T | | | | | Formerly Sprint |
| 179. Freddie Mac | A | Dividend | J | T | buy | 1-19 | J | | |
| 180. Glaxo | A | Dividend | J | T | sell | 1-20 | J | A | Partial sale |
| 181. Glaxo | | | | | sell | 3-10 | J | B | |
| 182. Fannie Mae | A | Dividend | J | T | buy | 4-8 | J | | |
| 183. Fannie Mae | | | | | buy | 11-1 | J | | |
| 184. Fannie Mae | | | | | sell | 12-6 | J | NONE | Partial sale |
| 185. Ebay | NONE | | K | T | buy | 1-6 | J | | |
| 186. Ebay | | | | | buy | 2-16 | J | | |
| 187. Ebay | | | | | buy | 4-7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| 188. Ebay | | | | | sell | 7-22 | J | None | Partial sale | |
| 189. CSX | A | Dividend | J | T | | | | | | |
| 190. Flextronics | NONE | | J | T | | | | | | |
| 191. Magna International | A | Dividend | J | T | | | | | | |
| 192. Partnerre Ltd. | A | Dividend | J | T | | | | | See Part VIII | |
| 193. Pepsico | A | Dividend | J | T | | | | | | |
| 194. Safeway | A | Dividend | J | T | sell | 8-5 | J | A | Partial sale | |
| 195. Boeing | A | Dividend | K | T | buy | 12-2 | J | | | |
| 196. Electronic Arts | NONE | | K | T | buy | 1-19 | J | | | |
| 197. Electronic Arts | | | | | sell | 8-5 | J | NONE | Partial sale | |
| 198. Borg Warner | A | Dividend | J | T | | | | | | |
| 199. Chevron Texaco | A | Dividend | J | T | | | | | | |
| 200. Jones Apparel | A | Dividend | J | T | | | | | | |
| 201. J.P. Morgan Chase | A | Dividend | J | T | sell | 3-22 | J | NONE | Partial sale | |
| 202. Martin Marietta Materials | A | Dividend | J | T | | | | | | |
| 203. McDonalds | A | Dividend | J | T | | | | | | |
| 204. Medeco Health Solutions | NONE | | J | T | sell | 10-31 | J | C | Partial sale | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Merck | NONE | | J | T | buy | 9-14 | J | | |
| 206. Merrill Lynch | A | div. | J | T | buy | 1-24 | J | | |
| 207. Merrill Lynch | | | | | buy | 6-10 | J | | |
| 208. Merrill Lynch | | | | | buy | 8-9 | J | | |
| 209. Noble Corp. | A | Dividend | J | T | buy | 5-13 | J | | |
| 210. Solectron | NONE | | J | T | buy | 10-27 | J | | |
| 211. Solectron | | | | | sell | 11-28 | J | NONE | Partial sale |
| 212. Target Corp. | A | div. | J | *T* | buy | 1-19 | J | | |
| 213. Unilever | A | Dividend | J | T | | | | | |
| 214. Suntrust Banks | A | Dividend | J | T | | | | | |
| 215. SunTrust Banks | | | | | sell | 10-26 | J | A | |
| 216. XL Capital | A | Dividend | J | T | buy | 8-5 | J | | |
| 217. Alcon | A | Dividend | K | T | buy | 4-8 | J | | |
| 218. Avon Products | | | | | sell | 7-22 | J | NONE | Partial sale |
| 219. Avon Products | A | Dividend | | | sell | 9-9 | J | NONE | |
| 220. Bed Bath & Beyond | NONE | | | | sell | 4-7 | J | A | |
| 221. Boston Scientific | NONE | | | | sell | 4-4 | J | NONE | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Broadcom | NONE | | K | T | | | | | |
| 223. Caremark RX | NONE | | J | T | | | | | |
| 224. Carnival Corp. | A | Dividend | J | T | | | | | |
| 225. E.W. Scripps | A | Dividend | J | T | | | | | |
| 226. Google | NONE | | K | T | buy | 2-18 | J | | |
| 227. Google | | | | | buy | 7-20 | J | | |
| 228. Nabors Industries | NONE | | K | T | buy | 1-19 | J | | |
| 229. Qualcomm | A | Dividend | K | T | buy | 8-9 | J | | |
| 230. Qualcomm | | | | | buy | 12-14 | J | | |
| 231. St. Jude Medical | | | | | buy | 2-25 | J | | |
| 232. St. Jude Medical | NONE | | K | T | buy | 8-2 | J | | |
| 233. Symantec | NONE | | | | sell | 4-26 | J | NONE | |
| 234. Starbucks | NONE | | J | T | | | | | |
| 235. Teva Pharmaceutical | A | Dividend | K | T | | | | | |
| 236. Zimmer Holdings | NONE | | | | buy | 8-9 | J | | |
| 237. Zimmer Holdings | | | | | sell | 12-2 | J | NONE | Partial sale |
| 238. Zimmer Holdings | | | | | sell | 12-8 | J | NONE | |

1. Income Gain Codes: (See Columns B1 and D4) A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000
F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3) J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000
N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 P4 =More than $50,000,000
3. Value Method Codes: (See Column C2) Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash Market
U =Book Value V =Other W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Clorox | A | Dividend | J | T | buy | 9-14 | J | | |
| 240. Bank of America | A | Dividend | K | T | | | | | |
| 241. Juniper Networks | NONE | | J | T | | | | | |
| 242. Coneco Phillips | A | Dividend | J | T | sell | 7-26 | J | D | Partial sale |
| 243. Dunham Road LLC | NONE | | M | W | buy | 6-24 | M | | |
| 244. Eli Lilly | A | Dividend | J | T | buy | 6-9 | J | | |
| 245. Eli Lilly | | | | | buy | 8-5 | J | | |
| 246. Eli Lilly | | | | | sell | 10-17 | J | NONE | Partial sale |
| 247. Exxon Mobil | A | Dividend | J | T | buy | 6-16 | J | | |
| 248. Enso International | A | Dividend | J | T | buy | 6-20 | J | | |
| 249. Genworth Financial | A | DIVIDEND | J | T | buy | 8-19 | J | | |
| 250. Global Santa Fe Corp. | A | Dividend | J | T | buy | 4-20 | J | | |
| 251. Hartford Financial Services | NONE | | J | T | buy | 9-23 | J | | |
| 252. HCA Inc. | A | Dividend | J | T | buy | 1-3 | J | | |
| 253. Hubbell Inc. | A | Dividend | J | T | buy | 1-24 | J | | |
| 254. Hubbell Inc. | | | | | sell | 8-5 | J | | Partial sale |
| 255. Interpublic | NONE | | J | T | buy | 1-24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | | | Name of Person Reporting | | | | | | Date of Report | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ROSS, ALLYNE R | | | | | | 06/06/06 | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Interpublic | | | | | buy | 11-10 | J | | |
| 257. Interpublic | | | | | sell | 12-13 | J | NONE | Partial sale |
| 258. Occidental | A | Dividend | K | T | | | | | |
| 259. Office Depot | NONE | | J | T | buy | 8-5 | J | | |
| 260. Renaissancere Holdings | A | div. | J | T | buy | 8-30 | J | | |
| 261. Sanmina-SCI | NONE | | J | T | buy | 1-24 | J | | |
| 262. Sanmina-SCI | | | | | buy | 10-27 | J | | |
| 263. Sanmina-SCI | | | | | sell | 11-28 | J | NONE | Partial sale |
| 264. Vulcan Materials | A | Dividend | J | T | buy | 1-25 | J | | |
| 265. Wisconsin Energy | A | Dividend | J | T | buy | 6-27 | J | | |
| 266. Ace Ltd. | NONE | | J | T | buy | 10-27 | J | | |
| 267. Aflac | A | Dividend | J | T | buy | 7-20 | J | | |
| 268. Apple Computer | NONE | | K | T | buy | 1-19 | J | | |
| 269. Apple Computer | | | | | buy | 5-11 | J | | |
| 270. Apple Computer | | | | | buy | 8-9 | J | | |
| 271. Dell | NONE | | J | T | sell | 7-29 | J | B | See VIII |
| 272. Dell | | | | | sell | 12-2 | J | NONE | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4  e than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Franklin Resources | A | Dividend | J | T | buy | 1-12 | J | | |
| 274. Genentech | NONE | | K | T | buy | 4-7 | J | | |
| 275. Genentech | | | | | buy | 7-28 | J | | |
| 276. Genentech | | | | | buy | 12-14 | J | | |
| 277. Getty Images | NONE | | J | T | buy | 9-26 | J | | |
| 278. Gilead Sciences | NONE | | J | T | buy | 6-9 | J | | |
| 279. Halliburton | A | Dividend | K | T | buy | 4-7 | J | | |
| 280. Halliburton | | | | | buy | 8-5 | J | | |
| 281. Legg Mason | A | Dividend | J | T | buy | 7-21 | J | | |
| 282. Legg Mason | | | | | buy | 8-31 | J | | |
| 283. Marvel Technology | NONE | | K | T | buy | 1-6 | J | | |
| 284. Marvel Technology | | | | | buy | 8-2 | J | | |
| 285. Navteq | NONE | | J | T | buy | 9-3 | J | | |
| 286. Network Appliance | NONE | | J | T | buy | 4-26 | J | | |
| 287. Northern Trust Corp. | A | Dividend | J | T | buy | 7-25 | J | | |
| 288. Schlumberger | NONE | | J | T | buy | 12-14 | J | | |
| 289. Texas Instruments | A | Dividend | J | T | buy | 9-1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Research in Motion | NONE | | | | sell | 1-7 | J | NONE | |
| 291. UBS | NONE | | J | T | buy | 12-14 | J | | |
| 292. UnitedHealth Group | A | Dividend | K | T | sell | 7-28 | J | C | See VIII |
| 293. Wellpoint | NONE | | K | T | buy | 4-7 | J | | |
| 294. Wellpoint | | | | | buy | 12-14 | J | | |
| 295. Whole Foods Market | A | Dividend | J | T | buy | 7-20 | J | | |
| 296. Torchmark | A | Dividend | | | sell | 4-18 | J | B | Partial sale |
| 297. Torchmark | | | | | sell | 9-1 | J | A | Partial sale |
| 298. Torchmark | | | | | sell | 11-28 | J | B | |
| 299. Hilton Hotels | NONE | | | | buy | 9-23 | J | | |
| 300. Hilton Hotels | | | | | sell | 10-18 | J | NONE | |
| 301. Pulte Corp. | A | Dividend | | | buy | 6-10 | J | | |
| 302. Pulte Corp. | | | | | sell | 10-28 | J | NONE | |
| 303. Yahoo | NONE | | K | T | buy | 8-9 | J | | |
| 304. United Parcel Service | A | Dividend | | | buy | 2-16 | J | | |
| 305. United Parcel Service | | | | | sell | 8-26 | J | NONE | |
| 306. ADC Telecommunications | NONE | | J | T | buy | 9-30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S=Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Norfolk Southern | A | div. | K | T | sell | 1-18 | J | D | Partial sale |
| 308. Time Warner | A | Dividend | J | T | | | | | |
| 309. Wal-mart | A | Dividend | | | sell | 1-28 | J | A | |
| 310. Wm. Wrigley Jr. | NONE | | J | T | buy | 10-26 | J | | |
| 311. Whirlpool Corp. | NONE | | | | sell | 1-18 | J | B | |
| 312. Emerson Electric | NONE | | J | T | buy | 12-14 | J | | |
| 313. Cisco Systems | NONE | | | | sell | 2-15 | J | A | See Part VIII |
| 314. Cisco Systems | | | | | sell | 12-2 | J | NONE | |
| 315. General Electric | B | Dividend | K | T | | | | | |
| 316. St. Paul Travelers | A | Dividend | J | T | buy | 8-31 | J | | |
| 317. MBNA | A | div. | | | sell | 7-5 | K | D | |
| 318. | | | | | | | | | |
| 319. | | | | | | | | | |
| 320. | | | | | | | | | |
| 321. | | | | | | | | | |
| 322. | | | | | | | | | |
| 323. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 06/06/06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII, p. 3, line 7 - Liberty Global (then named Libery Media)was purchased on 1-23-04.  It was inadvertently omitted from the 2004 report.

VII, p. 4, line 9 - Five Star Quality Care was purchased on 12-9-04.  It was inadvertently omitted from the 2004 report.

VII, p. 5 line 13 - Coca-Cola was purchased on 12-20-04.  It was inadvertently omitted from the 2004 report.

VII, p. 8, line 9 - This entry is duplicative of VII, p. 6, line 15.  It should not have been included in last year's report, and will not be included in future reports.

VII, p. 11, line 14 - Reported last year as "Pepsic" due to a typographical error.

VII, p. 10, line 9 - Reported last year as sold;  should have indicated partial sale.

| Name of Person Reporting | Date of Report |
| --- | --- |
| ROSS, ALLYNE R | 06/06/06 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date June 6, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544